FILED
JAN 15 2020
M. DAVID WEISMAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

AUSA Erin Kelly (312) 886-9083

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEIYON SMITH-ALLEN | Case No.: **20 CR 28**<br><br>Magistrate Judge M. David Weisman |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, Charles A. Tillman, personally appearing before United States Magistrate Judge M. David Weisman and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that KEIYON SMITH-ALLEN has been charged by Indictment in the Northern District of Iowa with the following criminal offense: possession of a firearm by a drug user in violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2).

A copy of the arrest warrant and Indictment are attached.

CHARLES A. TILLMAN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 15th day of January, 2020.

M. DAVID WEISMAN
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>KEIYON SMITH-ALLEN<br><br>*Defendant* | )<br>)  Case No. 20-CR-02002<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEIYON SMITH-ALLEN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Possession of a firearm by a drug user in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

Date: Jan. 7, 2020

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa     Mark A. Roberts, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20-CR-02002-CJW |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(3): |
| KEIYON SMITH-ALLEN, | ) | Possession of a Firearm by a Drug User |
| Defendant. | ) | |
| | ) | Forfeiture Allegation |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Drug User

On or about June 5, 2019, in the Northern District of Iowa, defendant KEIYON SMITH-ALLEN, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly possessed a firearm, specifically, a Springfield XDS semi-automatic .45 caliber handgun. The firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant KEIYON SMITH-ALLEN shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United

1

States Code, Sections 922(g)(3) and 924(a)(2), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

s/Foreperson
_____  January 7, 2020
Grand Jury Foreperson       Date

PETER E. DEEGAN, JR.
United States Attorney

By: *Liz Dupuich*

LIZ DUPUICH
Special Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 1/7/2020
ROBERT L. PHELPS, CLERK

2